# United States Court of Appeals
# for the Fifth Circuit

_____

No. 24-10317
Summary Calendar

_____

United States Court of Appeals
Fifth Circuit

**FILED**
October 7, 2024

Lyle W. Cayce
Clerk

United States of America,

*Plaintiff—Appellee*,

*versus*

Jesus Renteria-Ocampos,

*Defendant—Appellant*.

_____

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:23-CR-198-1

_____

Before Graves, Willett, and Wilson, *Circuit Judges*.

Per Curiam:*

The attorney appointed to represent Jesus Renteria-Ocampos seeks leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Renteria-Ocampos has filed a response. To the extent Renteria-Ocampos argues his trial counsel rendered ineffective assistance, the record is not

_____

* This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

No. 24-10317

sufficiently developed to allow us to make a fair evaluation of his claim; we therefore decline to consider the issue without prejudice to collateral review. *See United States v. Isgar*, 739 F.3d 829, 841 (5th Cir. 2014).

We have, however, reviewed counsel's brief and the relevant portions of the record reflected therein, as well as Renteria-Ocampos's response. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, the motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the appeal is DISMISSED. *See* 5TH CIR. R. 42.2.